[No. 68228-8-I.   Division One.   June 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIZABETH ANN BEIMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-13004-1, Barbara A. Mack, J., entered January 13, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 68240-7-I.   Division One.   June 10, 2013.]

GBC INTERNATIONAL BANK, *Respondent*, v. QUEEN ANNE BUILDERS, LLC, ET AL., *Defendants*, CORY J. BURKE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-15811-1, Sharon S. Armstrong, J., entered December 5, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.

[No. 68256-3-I.   Division One.   June 10, 2013.]

CHRISTOPHER L. MATSON, *Respondent*, v. BRENT T. OKITA ET AL., *Defendants*, DOLORES R. VAN HOOF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-07138-5, Monica J. Benton, J., entered January 3, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Schindler, JJ.

[No. 68263-6-I.   Division One.   June 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMOAN T. STEWARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03570-5, Cheryl B. Carey, J., entered February 3, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.